LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

Attorneys for Defendant BALBOA INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NABIL ABUSHANAB, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BALBOA INSURANCE SERVICES, INC., a California Corporation; DOES I through V; ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-00083-KJD-PAL<br><br>**(Formerly Case No. A631204 in the Eighth Judicial District Court, Clark County, Nevada)** |

**DEFENDANT BALBOA INSURANCE COMPANY'S EX PARTE MOTION TO SEAL DOCUMENT ENTITLED DEFENDANT BALBOA INSURANCE COMPANY'S FIFTH SUPPLEMENTAL DISCLOSURE OF WITNESSES AND DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (DOCKET NO. 26) PURSUANT TO LR 10-5**

BALBOA INSURANCE COMPANY ("Defendant") by and through its attorneys of record, LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., respectfully moves this Court to seal the document filed as Defendant Balboa Insurance Company's Fifth Supplemental Disclosure of Witnesses and Documents Pursuant to Federal Rule of Civil Procedure 26 (Docket No. 26) and all attachments thereto pursuant to Local Rule 10-5. This document was inadvertently filed and contained un-redacted social security number and birth date for Plaintiff NABIL ABUSHANAB.

/ / /

/ / /

1  WHEREFORE, Defendant respectfully requests for an Order to Seal Docket No. 26 in
2  the above captioned matter.
3  DATED this 8th day of September, 2011.

LIPSON, NEILSON, COLE, SELTZER, & GARIN, P.C.

By _____
JOSEPH P. GARIN (Bar No. 6653)
ANGELA NAKAMURA OCHOA, ESQ.(Bar No. 10164)
9080 West Post Road, Suite 100
Las Vegas, Nevada  89148
(702) 382-1500
*Attorneys for Defendant*
BALBOA INSURANCE COMPANY

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 15, 2011

- 2 -