1  JOSEPH P. GARIN, ESQ.
   Nevada Bar No. 6653
2  ANGELA NAKAMURA OCHOA, ESQ.
   Nevada Bar No. 10164
3  LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.
   9080 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 382-1500
5  (702) 382-1512 - fax
   jgarin@lipsonneilson.com
6  aochoa@lipsonneilson.com
   Attorneys for Defendant, BALBOA INSURANCE COMPANY

7
                  UNITED STATES DISTRICT COURT
8                      DISTRICT OF NEVADA

9  NABIL ABUSHANAB, an individual,          CASE NO. 2:11-cv-00083-KJD-PAL

10              Plaintiff,

11  vs.

12  BALBOA INSURANCE SERVICES, INC., a       (Formerly Case No. A631204 in the
    California Corporation;  DOES I through V;   Eighth Judicial District Court, Clark
13  ROE CORPORATIONS I through V,            County, Nevada)
    inclusive,
14              Defendants.

15          **STIPULATION AND ORDER FOR DISMISSAL**

16      IT IS HEREBY STIPULATED by and between the parties through their respective

17  counsel of record that all claims presently pending between these parties in this matter be

18  dismissed, with prejudice, with each party to bear their own fees and costs.

19  DATED this 1 ☾ day of May, 2012.       DATED this 5ᵗʰ day of June, 2012.

20  GANZ & HAUF                             LIPSON, NEILSON, COLE, SELTZER
                                            & GARIN, P.C.
21

22

23  By_____             By_____
    MARJORIE HAUF, ESQ.                     JOSEPH P. GARIN, ESQ.
24  Nevada Bar No.8111                      Nevada Bar No. 6653
    8950 W. Tropicana Ave. #1               ANGELA NAKAMURA OCHOA, ESQ.
25  Las Vegas, Nevada 89147                 Nevada Bar No. 10164
    (702) 598-4529                          9080 West Post Road, Suite 100
26  (702) 598-3636 - Fax                    Las Vegas, Nevada 89148
    *Attorneys for Plaintiff*               (702) 382-1500
27                                          (702) 382-1515 - Fax
                                            *Attorneys for Defendant*
28

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

*NABIL ABUSHANAB v. BALBOA INSURANCE SERVICES, INC.*
*CASE NO. 2:11-cv-00083-KJD-PAL*

## ORDER

The parties having come forward by Stipulation, IT IS HEREBY ORDERED, that this matter is dismissed with prejudice.

DATED this __7__ day of June, 2012.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

By _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9080 W. Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500
(702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
*Attorneys for Defendant*
BALBOA INSURANCE COMPANY

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

- 2 -