JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
Attorneys for Defendant, BALBOA INSURANCE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NABIL ABUSHANAB, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BALBOA INSURANCE SERVICES, INC., a California Corporation;  DOES I through V; ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-00083-KJD-PAL<br><br><br><br>**(Formerly Case No. A631204 in the Eighth Judicial District Court, Clark County, Nevada)** |

### STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that all claims presently pending between these parties in this matter be dismissed, with prejudice, with each party to bear their own fees and costs.

DATED this 1____ day of May, 2012.            DATED this ____ day of June, 2012.

GANZ & HAUF                                                 LIPSON, NEILSON, COLE, SELTZER
                                                                        & GARIN, P.C.


By_____                        By_____
MARJORIE HAUF, ESQ.                                 JOSEPH P. GARIN, ESQ.
Nevada Bar No.8111                                       Nevada Bar No. 6653
8950 W. Tropicana Ave. #1                           ANGELA NAKAMURA OCHOA, ESQ.
Las Vegas, Nevada  89147                           Nevada Bar No. 10164
(702) 598-4529                                              9080 West Post Road, Suite 100
(702) 598-3636 - Fax                                     Las Vegas, Nevada  89148
*Attorneys for Plaintiff*                                    (702) 382-1500
                                                                        (702) 382-1515 - Fax
                                                                        *Attorneys for Defendant*

***NABIL ABUSHANAB v. BALBOA INSURANCE SERVICES, INC.***
***CASE NO. 2:11-cv-00083-KJD-PAL***

## ORDER

The parties having come forward by Stipulation, IT IS HEREBY ORDERED, that this matter is dismissed with prejudice.

DATED this __7__ day of June, 2012.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

By _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9080 W. Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500
(702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
*Attorneys for Defendant*
BALBOA INSURANCE COMPANY

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

- 2 -